IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AKECHETA MORNINGSTAR, PH.D.            PLAINTIFF

V.            NO: 3:22CV145-MPM-JMV

HBO, JONATHON NOLAN, AND
LISA JOY            DEFENDANTS

## JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed with prejudice as frivolous.

So ordered, this, the 31ST day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI